DAWN SESTITO (S.B. #214011)
dsestito@omm.com
MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

*Counsel for Defendant Exxon Mobil Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, ex rel. ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. 3:24-cv-07594-RS<br><br>**STIPULATION AND ORDER ON BRIEFING SCHEDULE** |

The following stipulation is entered between Plaintiff The People of the State of California ("Plaintiff"), and Defendant Exxon Mobil Corporation ("ExxonMobil"), by and through their respective counsel, with reference to the following facts:

**RECITALS**

WHEREAS, on September 23, 2024, Plaintiff filed this action in San Francisco County Superior Court;

WHEREAS, on November 1, 2024, ExxonMobil filed a notice of removal pursuant to 28 U.S.C. § 1446;

WHEREAS, Plaintiff intends to file a Motion to Remand;

WHEREAS, ExxonMobil also intends to file threshold motions, including motions to dismiss pursuant to Fed. R. Civ. P. 12 (including pursuant to Fed. R. Civ. P. 12(b)(2)) and a motion to strike pursuant to Cal. Civ. Proc. Code § 425.16 (collectively "Motions to Dismiss");

WHEREAS, the Parties agree it would be more efficient for the Parties and the Court for ExxonMobil to file Motions to Dismiss or other responses to the Complaint after Plaintiff files a Motion to Remand and the entry of an Order finally resolving any such motion;

WHEREAS, the Court has set a Case Management Conference on January 23, 2025 and associated deadlines for filing a Case Management Statement, initial disclosures, a meet-and-confer pursuant to Fed. R. Civ. P. 26(f), and ADR certification pursuant to ADR Local Rule 3;

WHEREAS, the Parties agree it would be more efficient for the Parties and the Court for the Case Management Conference and associated deadlines to be stayed or postponed until the Motion to Remand is resolved;

WHEREAS, the Parties have met and conferred, and have agreed on a reasonable and orderly briefing schedule for the Motion to Remand in light of the end of year holidays;

WHEREAS, this stipulation is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, or objection, including subject matter or personal jurisdiction;

WHEREAS, the parties agree that this stipulation does not waive any right to agree to or request further extensions, or to seek any other relief from the Court.

- 3 -

## **STIPULATION**

NOW, THEREFORE, the parties hereby agree and stipulate as follows:

1. Plaintiff shall file its Motion to Remand on December 9, 2024.

2. ExxonMobil shall file its Opposition on January 9, 2025.

3. Plaintiff shall file its Reply on January 30, 2025.

4. The Case Management Conference set for January 23, 2025, and all associated deadlines (including for filing a Case Management Statement, initial disclosures, a meet-and-confer pursuant to Fed. R. Civ. P. 26(f), and ADR certification pursuant to ADR Local Rule 3) are hereby vacated pending resolution of the Motion to Remand and, if the Motion to Remand is denied, pending resolution of the Motions to Dismiss or other motions responding to the Complaint.

5. In the event the Court denies the Motion to Remand, the Parties will meet and confer and submit to the Court a briefing schedule on Motions to Dismiss or other responses to the Complaint within fourteen (14) days following entry of an Order denying the Motion to Remand.

6. The parties agree that postponing ExxonMobil's deadline to respond to file Motions to Dismiss responding to the Complaint does not constitute a waiver of any dismissal argument or defense, including ExxonMobil's objection to personal jurisdiction.

7. In addition, pursuant to Rule 6-1(a) of this Court's Civil Local Rules and even in the absence of Court approval, this Stipulation shall serve to extend ExxonMobil's deadline to file Motions to Dismiss or otherwise respond to the Complaint until January 20, 2025, and upon Court approval of this stipulation, that deadline shall be adjourned as is specified herein, pending a resolution of the Motion to Remand.

| | | |
|---|---|---|
| 1 | Dated: November 22, 2024 | Respectfully submitted, |
| 2 | | */s/ Dawn Sestito* |
| | | Dawn Sestito |
| 3 | | Matthew R. Cowan |
| 4 | | O'MELVENY & MYERS LLP |
| | | 400 South Hope Street, 19th Floor |
| 5 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 430-6000 |
| 6 | | Facsimile: (213) 430-6407 |
| | | dsestito@omm.com |
| 7 | | mcowan@omm.com |
| 8 | | |
| 9 | | *Counsel for Defendant* |

| | |
|---|---|
| Dated: November 22, 2024 | Respectfully submitted, |

*/s/ Gabriel R. Martinez*
Justin J. Lee (SBN 307148)
Angela T. Howe (SBN 239224)
Katherine C. Schoon (SBN 344195)
Gabriel R. Martinez (SBN 275142)
Deputy Attorneys General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6000
Facsimile: (916) 731-2121
Justin.Lee@doj.ca.gov
Angela.Howe@doj.ca.gov
Katherine.Schoon@doj.ca.gov
Gabriel.Martinez@doj.ca.gov

Elise K. Stokes (SBN 288211)
Sophie A. Wenzlau (SBN 316687)
Jessica A. Bonitz (SBN 348048)
Deputy Attorneys General
1300 I Street
Sacramento, CA 95814-2952
Telephone: (916) 445-9555
Facsimile: (916) 327-2319
Elise.Stokes@doj.ca.gov
Sophie.Wenzlau@doj.ca.gov
Jessica.Bonitz@doj.ca.gov

Raissa S. Lerner (SBN 187038)
Stephanie C. Lai (SBN 242959)
Stacy J. Lau (SBN 254507)
Elizabeth B. Rumsey (SBN 257908)
Nina Lincoff (SBN 348936)
Deputy Attorneys General
1515 Clay Street
Oakland, CA 94612-2515
Telephone: (510) 879-1300
Facsimile: (510) 622-2270
E-mail: Raissa.Lerner@doj.ca.gov
Stephanie.Lai@doj.ca.gov
Stacy.Lau@doj.ca.gov
Liz.Rumsey@doj.ca.gov
Nina.Lincoff@doj.ca.gov

LEENA M. SHEET (SBN 235415)

Caitlan L. Mcloon (SBN 302798)
Clair Leonard (SBN 346232)
David B. White (SBN 351263)
Hallie E. Kutak (SBN 322407)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6000
Facsimile: (916) 731-2121
E-mail: Leena.Sheet@doj.ca.gov
Caitlan.Mcloon@doj.ca.gov
Clair.Leonard@doj.ca.gov
David.White@doj.ca.gov
Hallie.Kutak@doj.ca.gov

Dylan K. Johnson (SBN 280858)
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101-3375
Telephone: (619) 738-9000
Facsimile: (619) 645-2271
Dylan.Johnson@doj.ca.gov

*Counsel for Plaintiff*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.

- 7 -

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 25, 2024

_____
Hon. Richard Seeborg
United States District Judge