1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA, ex rel. ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**EXXON MOBIL CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE,**<br><br>Defendants. | 3:24-cv-07594-HSG<br><br>**[PROPOSED] ORDER GRANTING THE STATE'S MOTION FOR REMAND TO STATE COURT**<br><br><br>Judge:       The Honorable Richard G. Seeborg<br>Dept:        Courtroom 3, 17th Floor<br>Action Filed:  11/1/2024 |

1

1
2   Before the Court is the Plaintiff the People of the State of California's ("Plaintiff") Motion
3   for Remand ("Motion"). ECF No. 19.
4   Having considered all moving and opposition papers, and oral argument presented to the
5
6   Court, the Court hereby adjudges that it lacks subject matter jurisdiction over the Complaint.
7   **THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's Motion is GRANTED and
8   this action is REMANDED to the Superior Court of the State of California, County of San
9   Francisco under the Docket Number CGC-24-618323.
10  **IT IS SO ORDERED.**
11
12
13
14      DATED:
                                                _____
15                                              RICHARD G. SEEBORG
                                                United States District Court Judge
16
17
18  LA2024803779
    91929238.docx
19
20
21
22
23
24
25
26
27
28