# CERTIFICATE OF SERVICE

Case Name:  **People of the State of California v. Exxon Mobil Corporation**   No.   **3:24-cv-07594-HSG**

I hereby certify that on <u>December 9, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**THE PEOPLE OF THE STATE OF CALIFORNIA'S NOTICE OF MOTION AND MOTION TO REMAND; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

**[PROPOSED] ORDER GRANTING THE STATE'S MOTION FOR REMAND TO STATE COURT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 9, 2024</u>, at Oakland, California.

|  |  |
|---|---|
| Jasmine Smith | */s/ Jasmine Smith* |
| Declarant | Signature |

LA2024803779
91928573.docx