DAWN SESTITO (S.B. #214011)
dsestito@omm.com
MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

DAVID J. LENDER (*pro hac vice*)
david.lender@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:    (212) 310-8153
Facsimile:    (212) 310-8007

*Counsel for Defendant Exxon Mobil Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, ex rel. ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. 3:24-cv-07594-RS<br><br>**DEFENDANT'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br>Hon. Richard Seeborg |

## <u>NOTICE OF APPEAL</u>

Pursuant to 28 U.S.C. §§ 1291 and 1447(d), notice is given that Defendant Exxon Mobil Corporation hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order entered on February 24, 2025 granting Plaintiff's motion to remand this action to state court. *See* Dkt. 27. Defendant timely removed this case from state court pursuant to 28 U.S.C. §§ 1441 and 1442, invoking three jurisdictional bases for removal: maritime jurisdiction, 28 U.S.C. § 1333, federal question jurisdiction based on the federal enclave doctrine, *id.* § 1331, and federal officer removal jurisdiction, *id.* § 1442(a)(1). Section 1447(d) makes the Court's remand order immediately appealable, including every ground for removal identified in ExxonMobil's notice. *BP P.L.C. v. Mayor & City Council of Baltimore*, 141 S. Ct. 1532, 1538 (2021).[1]

Dated: March 11, 2025                    Respectfully submitted,


                                         */s/ Dawn Sestito*
                                         DAWN SESTITO (S.B. #214011)
                                         MATTHEW R. COWAN (S.B. #281114)
                                         O'MELVENY & MYERS LLP
                                         400 South Hope Street, 19th Floor
                                         Los Angeles, CA 90071-2899
                                         Telephone: (213) 430-6000
                                         Facsimile: (213) 430-6407
                                         dsestito@omm.com
                                         mcowan@omm.com

                                         DAVID J. LENDER (pro hac vice)
                                         WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                         New York, New York 10153-0119
                                         Telephone:    (212) 310-8153
                                         Facsimile:    (212) 310-8007
                                         david.lender@weil.com

                                         *Counsel for Defendant*

---

[1] This Notice of Appeal is submitted subject to and without waiver of any right, defense, affirmative defense, or objection, including subject matter or personal jurisdiction.

- 1 -

## REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rules 3-2(b) and 12-2, Defendant submits this Representation Statement.  The following list identifies all parties to the action, and also identifies their respective counsel by name, firm, address, telephone number, and email, where appropriate.

| PARTY | COUNSEL OF RECORD |
| --- | --- |
| Plaintiff-Appellee The People of the State of California, ex rel. Rob Bonta, Attorney General of California | JUSTIN J. LEE (S.B. #307148)<br>ANGELA T. HOWE (S.B. #239224)<br>KATHERINE C. SCHOON (S.B. #344195)<br>GABRIEL R. MARTINEZ (S.B. #275142)<br>Deputy Attorneys General<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013-1230<br>Telephone: (213) 269-6000<br>Facsimile: (916) 731-2121<br>Justin.Lee@doj.ca.gov<br>Angela.Howe@doj.ca.gov<br>Katherine.Schoon@doj.ca.gov<br>Gabriel.Martinez@doj.ca.gov<br><br>ELISE K. STOKES (S.B. #288211)<br>SOPHIE A. WENZLAU (S.B. #316687)<br>JESSICA A. BONITZ (S.B. #348048)<br>Deputy Attorneys General<br>1300 I Street<br>Sacramento, CA 95814-2952<br>Telephone: (916) 445-9555<br>Facsimile: (916) 327-2319<br>Elise.Stokes@doj.ca.gov<br>Sophie.Wenzlau@doj.ca.gov<br>Jessica.Bonitz@doj.ca.gov<br><br>RAISSA S. LERNER (S.B. #187038)<br>STEPHANIE C. LAI (S.B. #242959)<br>STACY J. LAU (S.B. #254507)<br>ELIZABETH B. RUMSEY (S.B. #257908)<br>NINA LINCOFF (SBN 348936)<br>Deputy Attorneys General<br>1515 Clay Street<br>Oakland, CA 94612-2515<br>Telephone: (510) 879-1300 |

- 2 -

DEFENDANT'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT
CASE NO. 3:24-CV-07594-RS

| | |
|---|---|
| | Facsimile: (510) 622-2270<br>E-mail: Raissa.Lerner@doj.ca.gov<br>Stephanie.Lai@doj.ca.gov<br>Stacy.Lau@doj.ca.gov<br>Liz.Rumsey@doj.ca.gov<br>Nina.Lincoff@doj.ca.gov<br><br>LEENA M. SHEET (S.B. #235415)<br>CAITLAN L. MCLOON (S.B. #302798)<br>CLAIR LEONARD (S.B. #346232)<br>DAVID B. WHITE (S.B. #351263)<br>HALLIE E. KUTAK (S.B. #322407)<br>Deputy Attorneys General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013-1230<br>Telephone: (213) 269-6000<br>Facsimile: (916) 731-2121<br>E-mail: Leena.Sheet@doj.ca.gov<br>Caitlan.Mcloon@doj.ca.gov<br>Clair.Leonard@doj.ca.gov<br>David.White@doj.ca.gov<br>Hallie.Kutak@doj.ca.gov<br><br>DYLAN K. JOHNSON (S.B. #280858)<br>Deputy Attorney General<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101-3375<br>Telephone: (619) 738-9000<br>Facsimile: (619) 645-2271<br>Dylan.Johnson@doj.ca.gov |
| Defendant-Appellant Exxon Mobil Corporation | DAWN SESTITO (S.B. #214011)<br>MATTHEW R. COWAN (S.B. #281114)<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 19th Floor<br>Los Angeles, California 90071-2899<br>Telephone:   (213) 430-6000<br>Facsimile:   (213) 430-6407<br>dsestito@omm.com<br>mcowan@omm.com<br><br>DAVID J. LENDER (*pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue |

DEFENDANT'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT
CASE NO. 3:24-CV-07594-RS

| | New York, New York 10153-0119<br>Telephone:    (212) 310-8153<br>Facsimile:    (212) 310-8007<br>david.lender@weil.com |
|---|---|
| Defendants Does 1 through 100, inclusive | |

DEFENDANT'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT
CASE NO. 3:24-CV-07594-RS