1  DAWN SESTITO (S.B. #214011)
   dsestito@omm.com
2  MATTHEW R. COWAN (S.B. #281114)
   mcowan@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street, 19th Floor
4  Los Angeles, California 90071-2899
   Telephone:   (213) 430-6000
5  Facsimile:   (213) 430-6407

6  DAVID J. LENDER (*pro hac vice*)
   david.lender@weil.com
7  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
8  New York, New York 10153-0119
   Telephone:   (212) 310-8153
9  Facsimile:   (212) 310-8007

10 *Counsel for Defendant Exxon Mobil Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, ex rel. ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. 3:24-cv-07594-RS<br><br>**STIPULATION AND [PROPOSED] ORDER ON (1) ADMINISTRATIVE STAY OF REMAND ORDER AND (2) BRIEFING SCHEDULE REGARDING EXXONMOBIL'S MOTION TO STAY PENDING APPEAL OF REMAND ORDER**<br><br>Hon. Richard Seeborg |

1   The following stipulation is entered between Plaintiff The People of the State of
2   California ("Plaintiff"), and Defendant Exxon Mobil Corporation ("ExxonMobil"), by and
3   through their respective counsel, with reference to the following facts:

4   **RECITALS**

5   WHEREAS, after ExxonMobil removed this action to this Court, Plaintiff filed a Motion
6   to Remand, which the Court granted on February 24, 2025;

7   WHEREAS, the Court's February 24, 2025 order granted a 42-day administrative stay of
8   the remand order "so as to sort out whether a longer stay pending appeal might be warranted,"
9   and directed the parties to submit within seven days a "briefing schedule for addressing the
10  propriety of a stay pending appeal" (Dkt. 28 at 15);

11  WHEREAS, the parties submitted a stipulated briefing schedule on ExxonMobil's Motion
12  to Stay Pending Appeal ("Motion to Stay") on March 3, 2025, which the Court entered on March
13  4, 2025 (Dkts. 30-31);

14  WHEREAS, pursuant to the stipulated briefing schedule, ExxonMobil filed a timely
15  Motion to Stay on March 11, 2025 (Dkt. 33); Plaintiff filed a timely Opposition on March 25,
16  2025 (Dkt. 36); and ExxonMobil's Reply is due on March 28, 2025;

17  WHEREAS, the parties are engaged in discussions regarding a stipulated agreement that
18  would obviate the need for the Court to rule on ExxonMobil's Motion to Stay;

19  WHEREAS, the parties have made significant progress in their discussions;

20  WHEREAS, the 42-day administrative stay of the remand order will expire on April 7,
21  2025;

22  WHEREAS, the parties agree that a one-week extension of the administrative stay of the
23  remand order (to April 14, 2025) and a one-week extension of ExxonMobil's deadline to file a
24  Reply in support of its Motion to Remand (to April 4, 2025) are warranted to give the parties time
25  to see if they can reach a stipulated agreement that would obviate the need for the Court to rule on
26  the Motion to Stay;

27  WHEREAS, this stipulation is not intended to operate as an admission of any factual
28  allegation or legal conclusion and is submitted subject to and without waiver of any right,

defense, affirmative defense, or objection, including but not limited to subject matter or personal jurisdiction;

WHEREAS, the parties agree that this stipulation does not waive any right to agree to or request further extensions, or to seek any other relief from the Court.

## **STIPULATION**

NOW, THEREFORE, the parties hereby agree and stipulate as follows:

1. ExxonMobil's deadline to file its Reply in support of its Motion to Stay is extended to April 4, 2025.

2. The administrative stay of the remand order issued by the Court in its February 24, 2025 order (Dkt. 28) shall remain in place up to and including April 14, 2025.

3. The parties agree that nothing in this stipulation shall operate as an admission of any factual allegation or legal conclusion nor constitutes a waiver of any right, defense, affirmative defense, or objection, including but not limited to subject matter or personal jurisdiction.

Dated:  March 28, 2025

Respectfully submitted,

*/s/ Dawn Sestito*
DAWN SESTITO (S.B. #214011)
MATTHEW R. COWAN (S.B. #281114)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
dsestito@omm.com
mcowan@omm.com

DAVID J. LENDER (*pro hac vice*)
david.lender@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:    (212) 310-8153
Facsimile:    (212) 310-8007

*Counsel for Defendant*

| | |
|---|---|
| 1  Dated: March 28, 2025 | Respectfully submitted, |

*/s/ Deborah M. Smith*
JUSTIN J. LEE (S.B. #307148)
Deputy Attorneys General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6000
Facsimile: (916) 731-2121
Justin.Lee@doj.ca.gov
Angela.Howe@doj.ca.gov
Katherine.Schoon@doj.ca.gov
Gabriel.Martinez@doj.ca.gov

DEBORAH M. SMITH (S.B. #208960)
AMAYA RAMSAY-MALONE (S.B. 357396)
Supervising Deputy Attorney General
1300 I Street
Sacramento, CA 95814-2952
Telephone: (916) 445-9555
Facsimile: (916) 327-2319
Elise.Stokes@doj.ca.gov
Sophie.Wenzlau@doj.ca.gov
Jessica.Bonitz@doj.ca.gov

GABRIEL R. MARTINEZ (S.B. #275142)
RAISSA S. LERNER (S.B. #187038)
STACY J. LAU (S.B. #254507)
ELIZABETH B. RUMSEY (S.B. #257908)
Deputy Attorneys General
1515 Clay Street
Oakland, CA 94612-2515
Telephone: (510) 879-1300
Facsimile: (510) 622-2270
E-mail: Raissa.Lerner@doj.ca.gov
Stacy.Lau@doj.ca.gov
Liz.Rumsey@doj.ca.gov

CLAIR LEONARD (S.B. #346232)
DAVID B. WHITE (S.B. #351263)
HALLIE E. KUTAK (S.B. #322407)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6000
Facsimile: (916) 731-2121

E-mail: Leena.Sheet@doj.ca.gov
Caitlan.Mcloon@doj.ca.gov
Clair.Leonard@doj.ca.gov
David.White@doj.ca.gov
Hallie.Kutak@doj.ca.gov

ANGELA T. HOWE (S.B. #239224)
KATHERINE C. SCHOON (S.B. #344195)
Deputy Attorneys General
600 West Broadway, Suite 1800
San Diego, CA 92101-3375
Telephone: (619) 738-9000
Facsimile: (619) 645-2271
Dylan.Johnson@doj.ca.gov

*Counsel for Plaintiff*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 28, 2025

_____
Hon. Richard Seeborg
United States District Judge

- 5 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:24-CV-07594-RS