1  DAWN SESTITO (S.B. #214011)
   dsestito@omm.com
2  MATTHEW R. COWAN (S.B. #281114)
   mcowan@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street, 19th Floor
4  Los Angeles, California 90071-2899
   Telephone:    (213) 430-6000
5  Facsimile:    (213) 430-6407

6  DAVID J. LENDER (*pro hac vice*)
   david.lender@weil.com
7  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
8  New York, New York 10153-0119
   Telephone:    (212) 310-8153
9  Facsimile:    (212) 310-8007

10 *Counsel for Defendant Exxon Mobil Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, ex rel. ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA,<br><br>            Plaintiff,<br><br>    v.<br><br>EXXON MOBIL CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>            Defendants. | Case No. 3:24-cv-07594-RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REMAND OF CASE PENDING APPEAL**<br><br>Hon. Richard Seeborg |

- 1 -
STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:24-CV-07594-RS

The following stipulation is entered between Plaintiff The People of the State of California ("Plaintiff"), and Defendant Exxon Mobil Corporation ("ExxonMobil" and collectively with Plaintiff, the "Parties"), by and through their respective counsel, with reference to the following facts:

**<u>RECITALS</u>**

WHEREAS, after ExxonMobil removed this action to this Court, Plaintiff filed a Motion to Remand, which the Court granted on February 24, 2025;

WHEREAS, the Court's February 24, 2025, order granted a 42-day administrative stay of the remand order "so as to sort out whether a longer stay pending appeal might be warranted," and directed the Parties to submit within seven days a "briefing schedule for addressing the propriety of a stay pending appeal" (Dkt. 28 at 15);

WHEREAS, on March 11, 2025, ExxonMobil filed a notice of appeal of the Remand Order to the Ninth Circuit Court of Appeal ("Remand Appeal") (Dkt. 32), which remains pending as of the date of this stipulation;

WHEREAS, ExxonMobil concurrently filed its Motion to Stay on March 11, 2025 (Dkt. 33), and Plaintiff filed its Opposition on March 25, 2025 (Dkt. 36);

WHEREAS, the Parties submitted a stipulation on March 28, 2025, notifying the Court that the Parties were "engaged in discussions regarding a stipulated agreement that would obviate the need for the Court to rule on ExxonMobil's Motion to Stay," and agreeing to extend ExxonMobil's deadline to file its Reply in support of its Motion to Stay one week to April 4, 2025, and to extend the 42-day administrative stay one week to April 14, 2025 (Dkt. 37), which the Court entered the same day (Dkt. 38);

WHEREAS, the Parties have now reached a stipulated agreement which obviates the need for the Court to rule on ExxonMobil's Motion to Stay;

WHEREAS, this stipulation is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, or objection, including but not limited to subject matter or personal jurisdiction; and

WHEREAS, the Parties agree that this stipulation does not waive any right to seek any other relief from the Court.

**STIPULATION**

NOW, THEREFORE, the Parties hereby agree and stipulate as follows:

1. This case shall be remanded to state court during the pendency of ExxonMobil's Remand Appeal.

2. While in state court, the Parties agree to proceed only with a motion to quash (and any associated jurisdictional discovery) while the Remand Appeal is pending. If the motion to quash is resolved (including through appeals and/or writ review) and the Remand Appeal is still pending, then the state case will be stayed until the Remand Appeal concludes, subject to the expiration date provided in Paragraph 6, below.

3. The Parties agree that no merits discovery will proceed while the Remand Appeal is pending, except that Plaintiff intends to take a limited set of third-party preservation discovery in two areas: (a) a limited number of depositions of deponents who may not be fit to provide competent testimony or may not survive past the time that the Remand Appeal is complete if the deposition is not conducted until the Remand Appeal is completed; and (b) a limited number of document subpoenas for documents and information subject to the Federal Stored Communications Act (18 U.S.C. § 2701 *et seq.*), which Plaintiff believes limits preservation to 180 days.

4. Before Plaintiff proceeds with such discovery related to Paragraph 3(a), above, it will meet and confer with ExxonMobil. If the Parties are unable to agree on whether the deposition should proceed, the Parties will raise the issue with the state court for decision. To the extent Plaintiff issues document subpoenas as described in Paragraph 3(b) above, ExxonMobil does not waive and preserves its right to respond to the subpoena(s) in the ordinary course in state court (including objecting or moving to quash if appropriate). Plaintiff preserves all rights to respond to any such objections or motions by ExxonMobil.

5. The Parties agree that nothing in this stipulation or any third-party preservation discovery referenced above (including any motion practice regarding same) shall operate as an

admission of any factual allegation or legal conclusion, nor constitutes a waiver of any right, defense, affirmative defense, or objection, including but not limited to subject matter or personal jurisdiction.

6. If the Remand Appeal is not complete by March 31, 2026, the stipulated stay shall expire (without prejudice to the Parties' agreeing to a further stay or any party seeking additional relief from the Court to extend the stay).

7. ExxonMobil agrees that it will not seek a stay pending the Remand Appeal from the Ninth Circuit Court of Appeal, which would conflict with the purpose of the stipulation.

8. Upon remand, the Parties agree to submit a substantially similar stipulation to the state court to effectuate the purposes of this stipulation. The Parties will also meet and confer regarding the timing of Plaintiff's opposition to the motion to quash, ExxonMobil's reply in support of the motion to quash, a hearing date for the motion to quash, and the timing of any motion practice referenced in Paragraph 4, above.

Dated: April 4, 2025                                  Respectfully submitted,

*/s/ Dawn Sestito*
DAWN SESTITO (S.B. #214011)
MATTHEW R. COWAN (S.B. #281114)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
dsestito@omm.com
mcowan@omm.com

DAVID J. LENDER (*pro hac vice*)
david.lender@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:   (212) 310-8153
Facsimile:    (212) 310-8007

*Counsel for Defendant*

Dated: April 4, 2025

Respectfully submitted,

*/s/ Deborah M. Smith*
JUSTIN J. LEE (S.B. #307148)
KEARI PLATT (S.B. #350900)
Deputy Attorneys General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6000
Facsimile: (916) 731-2121
Email: Justin.Lee@doj.ca.gov
Keari.Platt@doj.ca.gov

DEBORAH M. SMITH (S.B. #208960)
Supervising Deputy Attorney General
ELISE STOKES (S.B. #288211)
AMAYA RAMSAY-MALONE (S.B. #357396)
Deputy Attorneys General
1300 I Street
Sacramento, CA 95814-2952
Telephone: (916) 445-9555
Facsimile: (916) 327-2319
Email: Deborah.Smith@doj.ca.gov
Elise.Stokes@doj.ca.gov
Amaya.RamsayMalone@doj.ca.gov

GABRIEL R. MARTINEZ (S.B. #275142)
RAISSA S. LERNER (S.B. #187038)
STACY J. LAU (S.B. #254507)
ELIZABETH B. RUMSEY (S.B. #257908)
Deputy Attorneys General
1515 Clay Street
Oakland, CA 94612-2515
Telephone: (510) 879-1300
Facsimile: (510) 622-2270
E-mail: Gabriel.Martinez@doj.ca.gov
Raissa.Lerner@doj.ca.gov
Stacy.Lau@doj.ca.gov
Liz.Rumsey@doj.ca.gov

CLAIR LEONARD (S.B. #346232)
DAVID B. WHITE (S.B. #351263)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230

| | |
|---|---|
| 1 | Telephone: (213) 269-6000 |
| 2 | Facsimile: (916) 731-2121 |
| | E-mail: Clair.Leonard@doj.ca.gov |
| 3 | David.White@doj.ca.gov |

VANESSA C. MORRISON (S.B. #254002)
ANGELA T. HOWE (S.B. #239224)
KATHERINE C. SCHOON (S.B. #344195)
Deputy Attorneys General
600 West Broadway, Suite 1800
San Diego, CA 92101-3375
Telephone: (619) 738-9000
Facsimile: (619) 645-2271
Vanessa.Morrison@doj.ca.gov
Angela.Howe@doj.ca.gov
Katherine.Schoon@doj.ca.gov

*Counsel for Plaintiff*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.

- 6 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:24-CV-07594-RS

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                                Hon. Richard Seeborg
                                                United States District Judge