UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ENDORSED**
**F I L E D**
Superior Court of California
County of San Francisco

**APR 11 2025**

**CLERK OF THE COURT**
BY: **AUSTIN LAM**
Deputy Clerk

www.cand.uscourts.gov

Mark B. Busby
Clerk of Court

General Court Number

April 9, 2025

San Francisco County Superior Court
Civic Center Courthouse
400 McAllister St.
San Francisco, CA 94102

**FILED**

**APR 16 2025**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RE:  The People of the State of California v. Exxon Mobil Corporation
24-cv-07594-RS

Your Case Number:  CGC-24-618323

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒ Certified original and one copy of this letter

☒ Certified copy of docket entries

☒ Certified copy of Remand Order

Please send an acknowledgement of receipt of these documents to 3Docketing@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk of Court

by:  Ken Perez
Case Systems Administrator
3Docketing@cand.uscourts.gov

**APR 11 2025**

**AUSTIN LAM**

REV. 10/21

**Superior Court of California**
County of San Francisco
400 McAllister Street, 1st Floor
San Francisco, CA 94102-4514





US POSTAGE PITNEY BOWES

ZIP 94103 $ 000.69⁰
02 1W
0001396604 APR 14 2025

California Northern District Court
450 Golden Gate Avenue
San Francisco, CA 94102